

FILED

MAR 19 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | | |
|---|---|---|
| FIRST INTERSTATE BANK, | ) | Cause No. CV-17-3-SPW |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FIONA MORRELL, individually, and FIONA MORRELL, as the personal representative of THE ESTATE OF SIMON MORRELL, | ) | |
| Defendants. | ) | |
| FIONA MORRELL, individually, and FIONA MORRELL, as the personal representative of THE ESTATE OF SIMON MORRELL, | ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | |
| FIRST INTERSTATE BANK, | ) | |
| Counterclaim Defendant. | ) | |

Upon the parties' Joint Motion to Stay (Doc. 24), and the parties' representation that material terms of a settlement agreement have been reached,

**IT IS HEREBY ORDERED** that the Joint Motion to Stay (Doc. 24) is **GRANTED.**

1

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for July 16, 2018, the Jury Trial set for August 6, 2018 and all associated deadlines outlined in the Court's Order (Doc. 22) of March 12, 2018 are **VACATED**.

**IT IS FURTHER ORDERED** that if the parties have not filed a stipulation for dismissal, the parties shall file a Joint Status Report on or before **June 29, 2018.**

Dated this 19th day of March, 2018.

SUSAN P. WATTERS
United States District Judge