IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUN 29 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| FIRST INTERSTATE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>FIONA MORRELL, individually, and FIONA MORRELL, as the personal representative of THE ESTATE OF SIMON MORRELL,<br><br>    Defendants. | Cause No. CV-17-3-SPW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| FIONA MORRELL, individually, and FIONA MORRELL, as the personal representative of THE ESTATE OF SIMON MORRELL,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>FIRST INTERSTATE BANK,<br><br>    Counterclaim Defendant. | |

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. 26) having been filed by the parties in the above-entitled case,

**IT IS HEREBY ORDERED** that the above-entitled matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

Dated this 29th day of June, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge